IN THE CIRCUIT COURT OF RUSSELL COUNTY
IN THE STATE OF ALABAMA

| | | |
|---|---|---|
| BRASFIELD & GORRIE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:07 cv 1130 - CSC |
| v. | ) CIVIL ACTION NO.: CV-07-309 | |
| | ) | |
| RUSSELL COUNTY COMMUNITY HOSPITAL, LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 27th day of December, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a notice of removal of the above-styled action to that court. A copy of that notice is attached hereto.

A copy of the notice of removal is being filed with the circuit clerk of Russell County, Alabama, pursuant to 28 U.S.C. § 1444, 1442(a)(1) and 2410(a).

Respectfully submitted this 27th day of December, 2007.

                              LEURA G. CANARY
                              United States Attorney

                              R. RANDOLPH NEELEY
                              Assistant United States Attorney
                              Bar Number: 9083-E56R
                              Post Office Box 197
                              Montgomery, AL 36101-0197
                              Telephone No.: (334) 223-7280
                              Facsimile No.: (334) 223-7418
                              E-mail: **Rand.Neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I filed the foregoing with the Clerk of the Court and I certify that I have mailed a copy of same to Plaintiff addressed as follows:

Axel Bolvig
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

                              Assistant United States Attorney