IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BRASFIELD & GORRIE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:07CV1130-CSC |
| | ) | |
| RUSSELL COUNTY COMMUNITY HOSPITAL, LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

2007 DEC 27 P 4:45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant, Jackson in his official capacity as Secretary of HUD, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or

- ☒ This party is a governmental entity, or

- ☐ There are no entities to be reported, or

- ☐ The following entities and their relationship to the party are hereby reported: None.

Dated this the 27th day of December, 2007.

LEURA G. CANARY
United States Attorney

/s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **Rand.Neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I filed the foregoing with the Clerk of the Court and I certify that I have mailed a copy of same to Plaintiff addressed as follows:

Axel Bolvig
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

/s/
Assistant United States Attorney