IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRASFIELD & GORRIE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUSSELL COUNTY COMMUNITY )<br>HOSPITAL, LLC, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.  3:07cv1130-CSC |

**ORDER**

Now pending before the court is the December 27, 2007, motion for an extension of time (doc. # 3) filed by defendant Alphonso Jackson. Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED and the defendant's time to file an answer or other response be and is hereby EXTENDED to February 25, 2008.

Done this 4th day of January, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE