IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRASFILED & GORRIE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:07-cv-01130-CSC |
| ) | |
| RUSSELL COUNTY COMMUNITY ) | |
| HOSPITAL, LLC et al, ) | |
| ) | |
| Defendants. | |

RECEIVED
2008 JAN -4 A 9: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned and respectfully moves this Court for admission *pro hac vice* of Edward J. Everitt in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1. Edward J. Everitt and Axel Bolvig, III have been retained by Plaintiff Brasfield & Gorrie, LLC to represent it in connection with this action.

2. This action was originally filed in the Circuit Court for Russell County, Alabama on November 21, 2007.

3. One of the defendants in this case subsequently removed the above-styled cause to this honorable court.

4. Edward J. Everitt is an attorney at the firm of Bradley Arant Rose & White LLP, with offices at 1819 Fifth Avenue North, Birmingham, AL 35203-2104, (205) 521-8000 (telephone), (205) 521-8800 (facsimile).

5. Edward J. Everitt is qualified, admitted, and licensed to practice before the Supreme Court of Alabama as well as the United States District Court for the Northern District of Alabama, the district in which he resides. Attached hereto is a Certificate of Good Standing

for Edward J. Everitt issued by the United States District Court for the Northern District of Alabama. Edward J. Everitt has never been disciplined or otherwise disqualified from the practice of law nor has an application for their *pro hac vice* admission in a case been denied.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Edward J. Everitt be admitted to practice *pro hac vice* before this Court.

                                                                 Axel Bolvig III
                                                              Attorney for Plaintiff

OF COUNSEL

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Russell County Community Hospital, LLC
c/o CSC-Lawyers Incorporating SVC, Inc.
150 S. Perry Street
Montgomery, AL 36104

Prudential Huntoon Paige Associates, Ltd.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Alphonso Jackson, in his Official Capacity as,
Secretary of the United States Department of Housing and Urban Development
c/o Leura G. Canary,
United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this __3__ day of January, 2008.

_____
OF COUNSEL

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

### CERTIFICATE OF GOOD STANDING

I, Sharon Harris, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **EDWARD J. EVERITT** was duly admitted to practice in said Court on **November 14, 2006**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 2, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002869
Cashier ID: cstrecke
Transaction Date: 01/04/2008
Payer Name: BRADLEY ARANT ROSE AND WHITE
------------------------------------
PRO HAC VICE
 For: EDWARD J EVERITT
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Remitter: BRADLEY ARANT ROSE
 Check/Money Order Num: 014112
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:      $0.00
```