IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRASFIELD & GORRIE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:07cv1130-CSC |
| ) | |
| RUSSELL COUNTY COMMUNITY ) | |
| HOSPITAL LLC, et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the motion to appear pro hace vice by attorney Edward J. Everitt (doc. # 6) filed on January 4, 2008.  Upon consideration of the motion and for good cause, it is

ORDERED that the motion (doc. # 6) be and is hereby GRANTED.  Attorney Everitt shall file a notice of appearance with this court.

Done this 8th day of January, 2008.

          /s/Charles S. Coody          
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE