IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BRASFIELD & GORRIE, LLC, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 3:07-cv-01130-CSC |
| RUSSELL COUNTY COMMUNITY HOSPITAL, LLC et al, | ) ) ) ) | |
| Defendants. | | |

### NOTICE OF APPEARANCE

COMES NOW Edward J. Everitt of the law firm of Bradley Arant Rose & White LLP, and hereby gives notice of his appearance as counsel on behalf of Plaintiff Brasfield & Gorrie, LLC.

_____
Edward J. Everitt (EVE011)

OF COUNSEL
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
eeveritt@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Russell County Community Hospital, LLC
c/o CSC-Lawyers Incorporating SVC, Inc.
150 S. Perry Street
Montgomery, AL 36104

Prudential Huntoon Paige Associates, Ltd.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Alphonso Jackson, in his Official Capacity as,
Secretary of the United States Department of Housing and Urban Development
c/o Leura G. Canary,
United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 10th day of January, 2008.

_____
OF COUNSEL