**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRASFIELD & GORRIE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 3:07-cv-01130-CSC** |
| | ) | |
| **RUSSELL COUNTY COMMUNITY** | ) | |
| **HOSPITAL, LLC et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF BRASFIELD & GORRIE'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Brasfield & Gorrie, LLC, hereby states as follows:

1.    The Plaintiff, Brasfield & Gorrie, LLC, is a limited liability company with no parent corporation.

2.    There is no publicly held corporation that owns 10% or more of the stock of Brasfield & Gorrie, LLC.

_____
Edward J. Everitt (EVE011)

OF COUNSEL
Axel Bolvig III (BOL023)
Edward J. Everitt (EVE011)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
eeveritt@bradleyarant.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served the above and foregoing on:

Russell County Community Hospital, LLC
c/o CSC-Lawyers Incorporating SVC, Inc.
150 S. Perry Street
Montgomery, AL 36104

Prudential Huntoon Paige Associates, Ltd.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Alphonso Jackson, in his Official Capacity as,
Secretary of the United States Department of Housing and Urban Development
c/o Leura G. Canary,
United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this _10TH_ day of January, 2008.

OF COUNSEL

2

1/1361071.1