IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRASFIELD & GORRIE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07-cv-01130-CSC |
| ) | |
| RUSSELL COUNTY COMMUNITY ) | |
| HOSPITAL, LLC et al, ) | |
| ) | |
| Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW Neal J. Callahan of the law firm of Waldrep, Mullin & Callahan, L.L.C, and hereby gives notice of his appearance as counsel on behalf of Defendant Russell County Community Hospital, LLC.

_____
Neal J. Callahan

OF COUNSEL
Waldrep, Mullin & Callahan, L.L.C
105 13th Street, Suite B
Columbus, GA 31902
Telephone: (706) 320-0600
Telecopier: (706) 320-0622
njc@waldrepmullin.com

1/1361071.1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2008, I filed the foregoing with the Clerk of the Court by United States Mail and will forward notification of such filing to the following:

Axel Bolvig, III, Esq.
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

R. Randolph Neeley
U.S. Attorney's Office
One Court Square
PO Box 197
Montgomery, AL 36101-0197

                                        Respectfully submitted,

                                        Neal J. Callahan
                                        Waldrep, Mullin & Callahan, LLC
                                        105 13th Street, Suite B (31901)
                                        PO Box 351
                                        Columbus, GA 31902-0351
                                        Telephone: (706) 320-0600
                                        Telecopier: (706) 320-0622
                                        njc@ waldrepmullin.com