IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRASFIELD & GORRIE, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:07-cv-01130-CSC ) |
| RUSSELL COUNTY COMMUNITY HOSPITAL, LLC et al, | ) ) ) |
| Defendants. | ) |

*Filing stamp:* 2008 FEB 13  P 2:36  DEBRA P. HACKETT, CLK  U.S. DISTRICT COURT  MIDDLE DISTRICT ALA.

### NOTICE OF APPEARANCE

COMES NOW Deborah K. Wright, General Counsel for Prudential Asset Resources, Inc., as servicer for Prudential Huntoon Paige Associates, Ltd., and hereby gives notice of her appearance as counsel on behalf of Defendant Prudential Huntoon Paige Associates, Ltd.

_____
Deborah K. Wright

OF COUNSEL
Deborah K. Wright, General Counsel
Prudential Asset Resources, Inc.
2200 Ross Avenue, Suite 4900E
(after 2-15-08: 2100 Ross Avenue, Suite 2500)
Dallas, TX 75201
Tel. 214-777-4565
Fax 214-721-6087
deborah.wright@prudential.com

Summit-Ntc-Appear.DOC

1/1361071.1

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

    Axel Bolvig, III, Esq.
    Edward J. Everitt, Esq.
    BRADLEY ARANT ROSE & WHITE LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, Alabama 35203-2119

    Russell County Community Hospital, LLC
    c/o CSC-Lawyers Incorporating SVC, Inc.
    150 S. Perry Street
    Montgomery, AL 36104

    Alphonso Jackson, in his Official Capacity as,
    Secretary of the United States Department of Housing and Urban Development
    c/o Leura G. Canary
    United States Attorney for the Middle District of Alabama
    131 Clayton Street
    Montgomery, AL 36104

    R. Randolph Neeley
    U.S. Attorney's Office
    One Court Square
    PO Box 197
    Montgomery, AL 36101-0197

by placing a copy of the same in UPS overnight delivery service and addressed to their regular mailing addresses, on this _11th_ day of February, 2008.

                                          Respectfully submitted,

                                          _/s/ Deborah K. Wright_
                                          Deborah K. Wright, General Counsel
                                          Prudential Asset Resources, Inc.
                                          2200 Ross Avenue, Suite 4900E
                                          (after 2-15-08: 2100 Ross Avenue, Suite 2500)
                                          Dallas, TX 75201
                                          Tel. 214-777-4565