## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

RECEIVED

| | |
|---|---|
| **BRASFIELD & GORRIE, LLC,** | 2008 FEB 13  P 2: 36 |
| Plaintiff, | DEBRA P. HACKETT. CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |
| vs. | ) **3:07-cv-01130-CSC** |
| | ) |
| **RUSSELL COUNTY COMMUNITY** | ) |
| **HOSPITAL, LLC et al,** | ) |
| | ) |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned and respectfully moves this Court for admission *pro hac vice* of Deborah K. Wright in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1.      Deborah K. Wright is General Counsel for Prudential Asset Resources, Inc., the servicer for Defendant Prudential Huntoon Paige Associates, Ltd., and in such capacity will represent said Defendant in connection with this action.

2.      Deborah K. Wright is General Counsel for Prudential Asset Resources, Inc., with offices at 2200 Ross Avenue, Suite 4900E (after 2-15-08: 2100 Ross Avenue, Suite 2500), Dallas, Texas 75201, (214) 777-4565 (telephone), (214) 721-6087 (facsimile).

3.      This action was originally filed in the Circuit Court for Russell County, Alabama on November 21, 2007.

4.      One of the defendants in this case subsequently removed the above-styled cause to this honorable court.

Summit-Mtn-Adm.DOC

5.    Deborah K. Wright is qualified, admitted, and licensed to practice before the Supreme Court of Texas, as well as the United States District Court for the Southern District of Texas. Attached hereto is a Certificate of Good Standing for Deborah K. Wright issued by the U.S. District Court, Southern District of Texas. Deborah K. Wright has never been disciplined or otherwise disqualified from the practice of law nor has an application for her *pro hac vice* admission in a case been denied.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Deborah K. Wright be admitted to practice *pro hac vice* before this Court.

Deborah K. Wright, Attorney for Defendant
Prudential Huntoon Paige Associates, Ltd.


Deborah K. Wright, General Counsel
Texas Bar No. 220026610
Prudential Asset Resources, Inc.
2200 Ross Avenue, Suite 4900E
(after 2-15-08: 2100 Ross Avenue, Suite 2500)
Dallas, TX 75201
Tel. 214-777-4565
Fax 214-721-6087
deborah.wright@prudential.com

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served the above and foregoing on:

>Axel Bolvig, III, Esq.
>Edward J. Everitt, Esq.
>BRADLEY ARANT ROSE & WHITE LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, Alabama 35203-2119

>Russell County Community Hospital, LLC
>c/o CSC-Lawyers Incorporating SVC, Inc.
>150 S. Perry Street
>Montgomery, AL  36104

>Alphonso Jackson, in his Official Capacity as,
>Secretary of the United States Department of Housing and Urban Development
>c/o Leura G. Canary
>United States Attorney for the Middle District of Alabama
>131 Clayton Street
>Montgomery, AL 36104

>R. Randolph Neeley
>U.S. Attorney's Office
>One Court Square
>PO Box 197
>Montgomery, AL 36101-0197

by placing a copy of the same in UPS overnight delivery service and addressed to their regular mailing addresses, on this _11th_ day of February, 2008.

>Deborah K. Wright, General Counsel
>Prudential Asset Resources, Inc.
>2200 Ross Avenue, Suite 4900E
>(after 2-15-08: 2100 Ross Avenue, Suite 2500)
>Dallas, TX 75201
>Tel. 214-777-4565
>Fax 214-721-6087
>deborah.wright@prudential.com

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                 §
                                         §
SOUTHERN DISTRICT OF TEXAS               §

      I,   MICHAEL N. MILBY,     Clerk of the United States District Court for the

SOUTHERN DISTRICT OF TEXAS

      DO HEREBY CERTIFY That **Deborah K. Wright**  Federal ID No. **674,**     was duly

admitted to practice in said Court  on  **December 31, 1985** and is in good standing as a member of the

bar of said Court.

      Dated  February 7, 2008  at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: L. Filmore

L. Filmore
Attorney Admissions Clerk

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003881
Cashier ID: khaynes
Transaction Date: 02/13/2008
Payer Name: DEBORAH K WRIGHT
------------------------------------
PRO HAC VICE
 For: DEBORAH K WRIGHT
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 5335
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

3:07-cv-01130-CSC


Brasfield & Gorrie, LLC v. Russell
County Community Hospital, LLC et
al