IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRASFIELD & GORRIE, LLC, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07cv1130-CSC |
| | ) |
| RUSSELL COUNTY COMMUNITY | ) |
| HOSPITAL, LLC, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is Attorney Deborah K. Wright's motion to appear *pro hac vice* filed on February 13, 2008. (Doc. # 12). Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. Attorney Wright shall file a notice of appearance with this court.

Done this 14th day of February, 2008.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE