IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRASFIELD & GORRIE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 3:07-cv-01130-CSC |
| | ) |
| RUSSELL COUNTY COMMUNITY HOSPITAL, LLC et al, | ) |
| | ) |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Brasfield & Gorrie, LLC and Defendants Russell County Community Hospital, LLC, Prudential Huntoon Paige Associates, Ltd., and Alphonso Jackson, in his official capacity as Secretary of the United States Department of Housing and Urban Development, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal with prejudice of all claims against and among all parties in the above-captioned action. Each party will bear its own costs.

   /s/ Axel Bolvig, III
Axel Bolvig, III, Esq.
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Attorney for Plaintiff Brasfield & Gorrie, LLC

   /s/ Neal J. Callahan
Neal J. Callahan
Waldrep, Mullin & Callahan, L.L.C
105 13th Street, Suite B
Columbus, GA 31902
Attorney for Defendant Russell County
Community Hospital, LLC

1/1661845.1

/s/ Deborah K. Wright
Deborah K. Wright
Prudential Asset Resources, Inc., servicer for Prudential Huntoon Paige Associates, Ltd.
2200 Ross Avenue, Suite 4900E (after February 15, 2008: 2100 Ross Avenue, Suite 2500)
Dallas, TX 75201
Attorney for Defendant Prudential Huntoon Paige Associates Ltd.

/s/ R. Randolph Neeley
R. Randolph Neeley
U.S. Attorney's Office
One Court Square
PO Box 197
Montgomery, AL 36101-0197
Attorney for Defendant Alphonso Jackson, in his official capacity as Secretary of the United States Department of Housing and Urban Development