IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BRASFIELD & GORRIE, LLC,      )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )    3:07cv1130-MHT
                              )         (WO)
RUSSELL COUNTY COMMUNITY      )
HOSPITAL, LLC; PRUDENTIAL     )
HUNTOON PAIGE ASSOCIATES,     )
LTD.; and ALPHONSO JACKSON,   )
in his official capacity      )
as Secretary of the United    )
States Department of          )
Housing and Urban             )
Development,                  )
                              )
    Defendants.               )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 14), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 22nd day of February, 2008.**

                                                    <u>/s/ Myron H. Thompson</u>
                                              **UNITED STATES DISTRICT JUDGE**